```
1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated
```

ORIGINAL FILED
MAY 1 2 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-FILING     ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

        Plaintiff,

v.

Guy Vinette, Matthew Sanchez and Does 1 – 10, inclusive,

        Defendants.

Case No. C08 02430 JCS

PLAINTIFF'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 8, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Vinette: Declination to Proceed Before Magistrate    - 1 -