**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

# May 16, 2008

**CASE NUMBER:  CV 08-02430 JCS**
**CASE TITLE:  ADOBE SYSTEMS INCORPORATED-v-GUY VINETTE, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                             Entered in Computer 5/16/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA