J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Matthew Sanchez
2739 South Avenue
Niagara Falls, New York 14305

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>  Plaintiff,<br>v.<br><br>Guy Vinette, Matthew Sanchez, and Does 1 – 10, inclusive,<br><br>  Defendants. | Case No. C08-2430 SBA<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant Matthew Sanchez ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about May 12, 2008;

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or about June 9, 2008;

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about July 9, 2008;

Adobe v. Vinette, et al.: Stip. to extend time 6-1          - 1 -

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until August 8, 2008, to respond to the Complaint.

DATED: July 7, 2008

J. Andrew Coombs, A Professional Corp.

J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: June 2nd, 2008
July

Matthew Sanchez

Matthew Sanchez
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

Adobe Systems Incorporated, v. Guy Vinette, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Matthew Sanchez<br>2739 South Avenue<br>Niagara Falls, New York 14305 | *Courtesy Copy to:*<br>Carly Speyer<br>Hogan Willig<br>1 John James Audubon Parkway<br>Amherst, NY 14228 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

*Katrina Bartolome*
Katrina Bartolome