J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Matthew Sanchez
2739 South Avenue
Niagara Falls, New York 14305

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>              Plaintiff,<br>v.<br><br>Guy Vinette, Matthew Sanchez, and Does 1-10, inclusive,<br><br>              Defendants. | Case No. C08-2430 SBA<br><br>JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant Matthew Sanchez ("Sanchez") hereby supply this notice that they have reached an agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed judgment of infringement and injunction and a dismissal as to Defendant Guy Vinette, by September 22, 2008.

Accordingly, Adobe and Sanchez request that all court dates, including the Case Management Conference set for September 10, 2008, be vacated.

Dated: August 27, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: August 27, 2008

Matthew Sanchez

By: /s/ Matthew Sanchez
Matthew Sanchez
Defendant, *in pro se*

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: August     , 2008

_____
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 29, 2008, I served on the interested parties in this action with the:

JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES

for the following civil action:

<u>Adobe Systems Incorporated, v. Guy Vinette, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Matthew Sanchez<br>2739 South Avenue<br>Niagara Falls, New York 14305 | *Courtesy Copy to:*<br>Carly Speyer<br>Hogan Willig<br>1 John James Audubon Parkway<br>Amherst, NY 14228 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 29, 2008, at Glendale, California

_____
Nicole L. Drey