**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-02430 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| GUY VINETTE, *et al.*, | |
| Defendants. | |

The Case Management Conference scheduled for September 10, 2008 at 3:15 p.m, *see* Docket No. 14, shall be CONTINUED to October 8, 2008 at 3:15 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

9/3/08

                                          Saundra Brown Armstrong
                                          United States District Judge